AO 442 (Rev. 5/93) Warrant for Arrest

E-FILED
Tuesday, 15 March, 2005 10:02:50 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __IOWA__

UNITED STATES OF AMERICA

V.

Jose Luis Dealejandro

## WARRANT FOR ARREST

Case   CR 96-5
CDIL: 05-6409

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jose Luis Dealejandro__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  Violation   X Probation Violation Petition

charging him or her   (brief description of offense)

Revocation of Supervised Release

in violation of _____ United States Code, Section(s) _____

Mary Jehle                                    Deputy Clerk
Name of Issuing Officer                       Title of Issuing Officer

/s/ Mary Jehle                                2/22/05 at Cedar Rapids, Iowa
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____ by _____
                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

*Clerk- Warrant to issue*

*848*
*2/19/05*

PROB 12C
(7/93)

## FILED UNDER SEAL PURSUANT TO ADMINISTRATIVE ORDER

# United States District Court
### for
### NORTHERN DISTRICT OF IOWA

FEB 22 2005

### *Petition for Warrant or Summons for Offender Under Supervision*

**Name of Offender:** Jose Luis Dealejandro              **Case Number:** 1:96CR00005-001

**Name of Sentencing Judge:** Michael J. Melloy, U.S. Circuit Court Judge

**Date of Original Sentence:** August 15, 1996

**Original Offense:** T.21:841(b)(1)(C) - Possession with Intent to Distribute Amphetamine
T.18:2 - Aiding and Abetting
T.18:924(c) - Using or Carrying a Firearm During & In Relation to Felony Drug Trafficking Crime

**Original Sentence:** 90 months imprisonment, 72 months supervised release

**Type of Supervision:** Term of Supervised Release        **Date Supervision Commenced:** August 28, 2002

**Assistant U.S. Attorney:** Patrick J. Reinert           **Defense Attorney:** Paul Papak

---

### CASE SUMMARY

On October 16, 2003, Pharmchem Laboratories notified Officer Donohoo that Mr. Dealejandro tested positive for cocaine on October 4, 2003. Subsequently, on two separate occasions, Mr. Dealejandro was confronted about his drug use by Officer Donohoo. On both times, he denied use and stated he did not know how the cocaine entered his system. As a result, Mr. Dealejandro's urine surveillance was increased from six urine tests per month, to eight. He was directed to obtain a substance abuse evaluation, which he attended at New Horizons in Muscatine, Iowa on October 27, 2003. However, the results of the evaluation suggested that the evaluation could not be completed as Mr. Dealejandro continued to deny drug use although cocaine was in his system. Mr. Dealejandro also signed a Waiver of Hearing and agreed to have his supervision conditions modified, to include 30 days home confinement.

The Muscatine County Drug Task Force(MCDTF) has been investigating cocaine trafficking in the Muscatine, Iowa area. According to a MCDTF report, on June 17, 2004, a confidential informant made a controlled payment to Mr. Dealejandro for a narcotics debt owed by the informant to Mr. Dealejandro. On July 23, 2004, a routine traffic stop was conducted on Mr. Dealejandro. At the time, Mr. Dealejandro's driver's license was suspended due to non-payment of Iowa fines. During the aforementioned traffic stop, officers seized $5,241 from the offender's person.

U.S. v Jose Luis Dealejandro
1:96CR00005-001
Petition for Warrant or Summons
Page 2

### *PETITIONING THE COURT*

[ X ] To issue a sealed warrant and to seal this petition and attached documentation

**The probation officer believes that the offender has violated the following condition(s) of supervision:**

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. You shall not commit another federal, state, or local crime. | a) On July 23, 2004, the defendant was cited for Driving While License Under Suspension. |
| | On December 4, 2004, the Louisa County Sheriff's Office was notified by a confidential source (CS) that a Cadillac (Iowa license plate 191NAY) was chasing the CS. According to the CS, people inside the vehicle claimed they had guns and were going to kill him. The Columbus Junction Police Department later located the vehicle at the Rodeo Bar. Shortly thereafter, Mr. Dealejandro left the Rodeo Bar and drove off in the Cadillac. Officers initiated a traffic stop and advised Mr. Dealejandro he was under arrest for Driving Under Suspension. Mr. Dealejandro was advised of his Miranda Rights. The arresting officer observed an alcohol odor to be on or about Mr. Dealejandro's person and his eyes appeared watery and bloodshot. Mr. Dealejandro was transported to the Lousisa County Jail. Mr. Dealejandro admitted to the arresting officer that he had two drinks that evening. Mr. Dealejandro consented to field sobriety tests, which he passed. However, Mr. Dealejandro refused to submit to a breath sample. He was then charged with Operating While Intoxicated (OWI). |
| 2. You are prohibited from the use of alcohol and are prohibited from frequenting bars, taverns, or other establishments whose primary source of income is derived from the sale of alcohol. | |
| | b) According to a Columbus Junction, Iowa Police Officer, Mr. Dealejandro was seen at the Rodeo Bar and Las Vegas Bar several times since his OWI arrest on December 4, 2004. |

U.S. v Jose Luis Dealejandro
1:96CR00005-001
Petition for Warrant or Summons
Page 3

3. You shall not illegally possess a controlled substance.

4. You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

5. You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

a) On January 21, 2005, members of the Muscatine County Drug Task Force executed a search warrant at the Jose Gomez residence located at 514 Spring Street, Muscatine, Iowa. Subsequent to the search warrant, Mr. Gomez was arrested for Delivery of Cocaine and Possession of Cocaine with Intent to Deliver. Officers seized approximately $3,000, along with various amounts of cocaine. Also located at the residence during the execution of the search warrant was Mr. Dealejandro and a coat with 117 grams of cocaine. The coat and Mr. Dealejandro's DNA sample have been sent to the DCI Laboratory in Des Moines, Iowa, for testing and analysis.

U.S. v Jose Luis Dealejandro
1:96CR00005-001
Petition for Warrant or Summons
Page 4

| | |
|---|---|
| 6. You shall participate in a program of testing bodily fluid and functions and treatment for drug and alcohol abuse as directed by your probation officer until such time as you are released from the program by the probation officer. | a) Mr. Dealejandro failed to report for urine testing on January 24, 26, February 3, 7, and 9, 2005. The U.S. Probation Office unsuccessfully attempted to contact Mr. Dealejandro telephonically. Then on February 1, 2005, a certified letter was sent to Mr. Dealejandro directing him to contact the U.S. Probation office immediately. Mr. Dealejandro failed to comply with stated directive. |
| 7. You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | a) On February 1, 2005, Mr. Dealejandro was directed, in writing, to report to the U.S. Probation Office on February 11, 2005, and he failed to do so. A written monthly report has not been received from Mr. Dealejandro since November 2004. |
| 8. You shall not leave the judicial district without the permission of the Court or probation officer. | a) On February 11, 2005, the U.S. Probation Office received information from a confidential source that Mr. Dealejandro had left the Southern District of Iowa, and went to Texas. |
| 9. You shall notify the probation officer ten days prior to any change in residence or employment. | |
| 10. The defendant shall refrain from the unlawful use of controlled substances. | a) On October 4, 2003, the defendant submitted a urinalysis test which tested positive for cocaine. |

**U. S. Probation Officer Recommendation:**

U.S. v Jose Luis Dealejandro
1:96CR00005-001
Petition for Warrant or Summons
Page 5

[ X ] The term of supervision should be

    [ X ] revoked

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by _____
Jennifer K. Johnson
U. S. Probation Officer
Date: February 17, 2005

---

THE COURT ORDERS

[✓] The Issuance of a Sealed Warrant and the Sealing of this Petition and Attached Documents

[ ] Other _____

---

Copies mailed on 2/22/05
to counsel of record or pro se
parties as shown on the docket
sheet.
_____
Deputy Clerk

~~Linda R. Reade~~ John A. Jarvey
~~U.S. District Court Judge~~ US Magistrate Ju

2/19/05
Date