**E-FILED**
Tuesday, 15 March, 2005 03:54:01 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

**CENTRAL** District of **ILLINOIS**

UNITED STATES OF AMERICA
v.
Jose Luis DeAlejandro

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 05-6409M | CR 96-5 | | MAR 1 5 2005 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Other (specify)

charging a violation of         U.S.C. §

**DISTRICT OF OFFENSE**
Northern District of Iowa

**DESCRIPTION OF CHARGES:**



**CURRENT BOND STATUS:**
☐ Bail Fixed at           and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☒ Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

March 15, 2005
Date                                    s/Thomas J. Shields
                                        United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |