

# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

MARCH 15, 2005

Clerk, Northern District of Iowa
U.S. Courthouse and Federal Bldg.
101 First Street, S.E.
Cedar Rapids, IA 52407

Re:   USA v Jose Luis DeAlejandro
      NDIA Case # CR 96-5
      CDIL Case # 05-6409

Dear Clerk,

On 3/15/05, an Order by the Honorable Thomas J. Shields, U. S. Magistrate Judge, was entered committing the above mentioned defendant to your district.

Enclosed is a certified copy of the docket sheet from the Central District of Illinois. This Court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district court to use in accessing this information. The login is:guestilcd and the password is:42=toro. This login and password should not be shared with anyone other than federal court personnel who would need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,

John M. Waters, Clerk

By: Tina Peeples
    Deputy Clerk

Receipt acknowledged on _____   By: _____
                              (Date)                        (Sign)

                                                     _____
                                                          (Print)